```
                                                FILED
                                        CLERK, U.S. DISTRICT COURT

                                              2/14/2024

                                        CENTRAL DISTRICT OF CALIFORNIA
                                        BY:  ___TV___  DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00093-JWH |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi): Distribution of Fentanyl] |
| RICHARD JAMES TURNER, aka "TONE," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about November 3, 2022, in Los Angeles County, within the Central District of California, defendant RICHARD JAMES TURNER, also known as "TONE," knowingly and intentionally distributed at least 50 grams, that is, approximately 4,288 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

On or about January 11, 2023, in Los Angeles County, within the Central District of California, defendant RICHARD JAMES TURNER, also known as "TONE," knowingly and intentionally distributed at least 400 grams, that is, approximately 980 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenlyethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

                                        A TRUE BILL

                                        _____/s/_____
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*Christina Shmy for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

DECLAN T. CONROY
Assistant United States Attorney
General Crimes Section